AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROBIN DOROTHY DUCORE, | ) | 1:17-MJ-497 |
| | ) | |
| | ) | ~~UNDER SEAL~~ |
| Defendant(s) | ) | |

FILED NOV 7 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 29, 2017__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49 U.S.C. § 46504 | Interference With Flight Crew Members or Flight Attendants |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Douglas M. Mohl, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __11/07/2017__

_____/s/_____
John F. Anderson
United States Magistrate Judge
Judge's signature

City and state: __Alexandria, VA__    John F. Anderson, U.S. Magistrate Judge
Printed name and title