# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

☒ Under Seal

**Place of Offense:**
- City: Dulles
- County: Fairfax

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:

Judge Assigned: Anderson
Criminal No.: 1:17-MJ-497
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Robin Dorothy Ducore
- Alias(es):
- ☐ Juvenile  FBI No.:
- Address:
- Employment:
- Birth Date: XXXXXXXX
- SSN: XXX XX XXXX
- Sex: Female
- Race: White
- Nationality:
- Place of Birth: XXX
- Height: XX
- Weight: XXX
- Hair: XX
- Eyes: XXX
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect: English
- Auto Description:

**Location/Status:**
- Arrest Date:
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Eduardo Bruera
- Phone: 703-299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
SA Douglas Mohl, IAD Airport Liaison Agent, Washington Field Office, 571-271-8054

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | Title 49 U.S.C. § 46504 | Interference With Flight Crew Memb | 1 | Felony |
| Set 2: | | | | |

Date: July 29, 2017
AUSA Signature:

*may be continued on reverse*