*10443366*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

UNITED STATES
2017 NOV -8
EASTERN
OF VA
ALEXANDRIA

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:17-MJ-497 |
| ROBIN DOROTHY DUCORE, | ) | |
| | ) | |
| | ) | |
| | ) | |

FILED
DEC 15 2017
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robin Dorothy DUCORE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 49 U.S.C. § 46504 - Interference With Flight Crew Members or Flight Attendants

Date:     11/07/2017

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state:     Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  12/15/2017 , and the person was arrested on *(date)*  12/15/2017 at *(city and state)*  MANASSAS, VIRGINIA . |

Date:  12/15/2017

*Arresting officer's signature*

DOUGLAS MOHL, SPECIAL AGENT, FBI
*Printed name and title*