|                                      | TYPE OF HEARING: PH |
|--------------------------------------|---------------------|
|                                      | CASE NUMBER: 17mj497 |
|                                      | MAGISTRATE JUDGE: John F. Anderson |
|                                      | DATE: 1/9/18 |
|                                      | TIME: 2pm |
| EASTERN DISTRICT OF VIRGINIA         | TAPE: FTR RECORDER |
|                                      | DEPUTY CLERK: Whitney Garnett |

UNITED STATES OF AMERICA

VS.

Robin Dorothy Ducore

GOVT. ATTY **Eduardo Bruera**

DEFT'S ATTY **Nina Ginsberg**

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )     FPD ( ) CJA ( ) Conflict List ( )

Govt adduced evidence and rests. Affidavit entered into evidence as govt's exhibit no. 1. Court finds PC. Matter continued for further proceedings before

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND the Grand Jury.
Deft continued on bond.

NEXT COURT APPEARANCE _____ TIME _____

22 min.