FILED
IN OPEN COURT

FEB 7 2018

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBIN DOROTHY DUCORE,<br><br>Defendant. | Criminal No. 1:18-CR-68<br><br>**Count 1: Interference with Flight Crew Members and Attendants**<br>(49 U.S.C. § 46504) |

## INDICTMENT

**FEBRUARY 2018 Term – At Alexandria**

### COUNT ONE

**Interference with Flight Crew Members and Attendants**

(49 U.S.C. § 46504)

THE GRAND JURY CHARGES THAT:

On or about the 29th day of July, 2017, in the Eastern District of Virginia, the defendant, ROBIN DOROTHY DUCORE, on an aircraft in the special aircraft jurisdiction of the United States, namely Jetblue Flight 1528 (with aircraft registration number N579JB) flying from Puerto Plata, Dominican Republic, to New York City, New York, did knowingly interfere with the performance of the duties of a flight crew member and flight attendant of the aircraft, and lessen the ability of the member and attendant to perform those duties, by assaulting and intimidating the flight attendants and flight crew members, specifically, by assaulting a flight attendant; disregarding instructions from flight attendants; directing abusive and aggressive language toward flight attendants; engaging in inappropriate touching of other passengers, and engaging in disruptive and hostile behavior toward flight attendants and other passengers.

1

(All in violation of Title 49, United States Code, Section 46504.)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON


DANA J. BOENTE
UNITED STATES ATTORNEY


_____
Eduardo F. Bruera
Assistant United States Attorney

3