# Criminal Case Cover Sheet

**FILED:** UNDER SEAL (E-GOVT ACT)

**U.S. District Court**

**Place of Offense:** ☐ Under Seal
- **City:** Dulles
- **County:** Fairfax

**Superseding Indictment:**
**Same Defendant:**
**Magistrate Judge Case No.:** 1:17-MJ497
**Search Warrant Case No.:**

**Judge Assigned:** Ellis
**Criminal No.:** 1:18-cr-68
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:
- **Defendant Name:** Robin Dorothy Ducore
- **Alias(es):**
- ☐ Juvenile  **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:** XX-XX-1987
- **SSN:** XXX-XX-4671
- **Sex:** Female
- **Race:** White
- **Nationality:** USA
- **Place of Birth:** New Jersey
- **Height:** 5'8"
- **Weight:** 140
- **Hair:** Black
- **Eyes:** Green
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:** English
- **Auto Description:**

## Location/Status:
- **Arrest Date:**
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond — Out on bond

## Defense Counsel Information:
- **Name:** Nina Ginsberg
- **Address:** 1101 King St., Alexandria, VA 22314
- **Phone:** 703-684-4333
- ☐ Court Appointed
- ☒ Retained
- ☐ Public Defender
- **Counsel Conflicts:**
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** Eduardo Bruera
- **Phone:** 703-299-3700
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:
SA Douglas Mohl, IAD Airport Liaison Agent, Washington Field Office, 571-271-8054

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | Title 49 U.S.C. § 46504 | Interference With Flight Crew Member | 1 | Felony |
| Set 2: | | | | |

**Date:** July 29, 2017  **AUSA Signature:** [signature]  *may be continued on reverse*