# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-mj-497 |
| Robin Dorothy Ducore | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robin Dorothy Ducore

Date: 02/12/2018

/s/ Stacey Rose Harris, Esq.
*Attorney's signature*

Stacey Rose Harris/65887
*Printed name and bar number*

DiMuroGinsberg, PC
1101 King Street
Suite 610
Alexandria, VA 22314
*Address*

sharris@dimuro.com
*E-mail address*

(703) 684-4333
*Telephone number*

(703) 548-3181
*FAX number*