# UNITED STATES DISTRICT COURT
# CRIMINAL MINUTES - GENERAL

Date: 02/16/2018                                  Case No.:     1:18-CR-00068-TSE-1

Court Time: 09:28AM-09:38AM (00:10)

---

DOCKET ENTRY:   Arraignment

---

**UNITED STATES of AMERICA v. ROBIN DOROTHY DUCORE**

PRESENT:         Honorable **T.S. ELLIS, III**, U. S. District Judge

| | |
|---|---|
| COURTROOM DEPUTY: | Margaret Pham |
| COURT REPORTER: | Tonia Harris |
| ASST. U.S. ATTORNEY: | Raizza Ty |
| COUNSEL FOR DEFT: | Stacey R. Harris |
| INTERPRETER: | N/A |

## **PROCEEDINGS:**

[  ] Defendant arraigned and specifically advised of rights.

[ X ] Defendant waived reading of Indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

[  ] Indictment/Information read

[  ] Speedy Trial Waived – signed and agreed order to be filed

MOTIONS to be filed by **04/20/2018** w/ RESPONSES DUE **04/30/2018** and

ARGUMENT on **FRIDAY, MAY 11, 2018 @ 9:00AM** CASE CONTINUED TO

**TUESDAY, MAY 15, 2018 @ 10:00AM** for **JURY TRIAL (govt estimates at least 3 witnesses and 2 days; deft estimates 3 days)**

[ X ] Agreed Discovery Order filed and entered in open court

[  ] Protective Order filed and entered in open court

[  ] Waiver of Speedy Trial submitted by defendant

[ X ] Continued on Bond