UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Criminal No. 1:18-CR-68 (TSE) |
| ROBIN DUCORE, | : |
| | : |
| Defendant. | : |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday**, April 6, 2016**, at 9**:00 a.m.**, or as soon thereafter as counsel may be heard, the Defendant, Robin Ducore, by and through her undersigned counsel, will move this Court to hear her Motion to Compel Production of Brady Material.

Respectfully submitted,

ROBIN DUCORE
By Counsel

/s/ _____
Nina J. Ginsberg, Esquire
VSB # 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA  22314
703-684-4333
703-548-3181 (Fax)
nginsberg@dimuro.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/_____
Nina J. Ginsberg, Esquire
VSB No. 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
703-684-4333
703-548-3181 (Fax)
nginsberg@dimuro.com