Date: 05/11/2018  Judge: Ellis  Reporter: T. Harris
Time: 8:35 to 9:20  Interpreter:
  Language:
  Update Deadlines:
UNITED STATES of AMERICA  Prob. Copies:
Vs.  PTS Copies:
  AUSA Copes:

Robin Dorothy Ducore  1:18CR00068-001
Defendant's Name  Case Number

Nina Ginsberg  Nicholas Murphy and Patricia Haynes
Counsel for Defendant  Counsel for Government

Matter called for:
( ) Motions  ( ) Setting Trial Date  (✓) Change of Plea Hrg.  ( ) Rule 35
( ) Arraignment  ( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.  ( ) Pre-Indictment Plea  ( ) Other:

Defendant appeared:  (✓) in person  ( ) failed to appear
  (✓) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court:
( ) Criminal Information  (✓) Plea Agreement  (✓) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order

Arraignment & Plea:
( ) WFA  ( ) FA  (✓) PG  ( ) PNG  Trial by Jury:  ( ) Demanded  ( ) Waived

Defendant entered a Plea of Guilty as to Count  1 of the Indictment  Plea Accepted (✓)
Defendant directed to USPO for PSI:  (✓) Yes  ( ) No
Case continued to  08/17/2018  at 9:00 for:  ( ) Jury Trial  ( ) Bench Trial  (✓) Sentencing
If PSIR completed early, TSE indicated he would accommodate an earlier sentencing date.

Bond Set at: $_____  ( ) Unsecured  ( ) Surety  ( ) Personal Recognizance
( ) Release Order Entered  ( ) Deft. Remanded  ( ) Deft. Released on Bond  (✓) Deft. Continued on Bond

Defendant is:  ( ) In Custody  ( ) Summons Issued  (✓) On Bond  ( ) Warrant Issued  ( ) 1st appearance